437 A.2d 1034

Commonwealth v. Sims, Appellant.

Submitted February 24, 1981. George A. Heitczman, Assistant Public Defender, for appellant; Christopher Spadoni, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and WIEAND, JJ.

Judgment of sentence affirmed.

437 A.2d 1034

Commonwealth v. Spangler, Appellant.

Argued March 23, 1981. John R. Gailey, Jr., for appellant; John C. Uhler, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.